

FILED & JUDGMENT ENTERED
David E. Weich

Mar  26  2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Case No.:**    **09-10271** |
| | ) | **Chapter 11** |
| **GHOST TOWN PARTNERS, LLC** | ) | |
| | ) | |
| **TAX ID  #:    20-3857415** | ) | |
| | ) | |
| **Debtor(s)** | ) | |

## <u>ORDER APPOINTING CREDITORS' COMMITTEE</u>

This matter coming before the Court upon the recommendation of the United States Bankruptcy Administrator for the appointment of a committee of unsecured creditors, and the Court acting pursuant to its authority under 11 U.S.C. §1102,

IT IS HEREBY ORDERED that the following creditors are to constitute the Official Committee of Unsecured Creditors in this Case:

Caroline-A-Contracting
Attn: Burton Edwards
152 Sanibel Lane
Maggie Valley, NC 28751

RG Consultants LLC
Attn: Roger Gardner
10 Town Plaza #436
Durango, CO 81301

Cherokee Boys Club, Inc.
Attn: Frank Cooper
PO Box 507
Cherokee, NC 28719

*This Order has been signed electronically.*
*The judge's signature and court's seal*                    *United States Bankruptcy Court*
*appear at the top of the Order.*